IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHAN ABUHAMDEH, | No. C 14-00415 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE AND DEADLINES RE FIRST AMENDED COMPLAINT** |
| CLUB ONE, LLC, | |
| Defendant. | |

On February 14, notice was provided of a case management conference on May 1 (Dkt. No. 9). On April 15, the Clerk entered default against defendant Club One, LLC.

On May 1, counsel for plaintiff appeared. No one appeared for the defense. Plaintiff's counsel represented that plaintiff and defense counsel had agreed to lift the entry of default. Plaintiff's counsel also represented that the parties had agreed to plaintiff filing a first amended complaint by May 8.

By **NOON ON MAY 8**, plaintiff shall file the first amended complaint and the stipulation lifting the entry of default. By **JUNE 5**, plaintiff shall serve the named defendants. A further case management conference is hereby set for **JULY 10 AT 11:00 A.M.** Please report to Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

**IT IS SO ORDERED.**

Dated: May 1, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE