IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RASHAN ABUHAMDEH, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

CLUB ONE, LLC,

    Defendant.

No. C 14-00415 WHA

**ORDER TO SHOW CAUSE**

In January 2014, plaintiff filed a putative collective and class action complaint against defendant Club One, LLC. (Club One, Inc. is not a named defendant.) In April 2014, default was entered against Club One, LLC. Following the first case management conference (where defendant did not appear), a further case management conference was set for July 2014. On July 1, the case management conference was reset for July 8 at 10:30 a.m. (Dkt. No. 19).

On July 3, plaintiff's counsel acknowledged the July 8 hearing date by filing a case management statement. Plaintiff's counsel represented that "Club One *LLC*, filed for Chapter 7 Bankruptcy in the Northern District of California, case no. 14-bk-30802" (Dkt. No. 20) (emphasis added). Case number 14-bk-30802, however, is Club One, *Inc.*'s voluntary petition.

On July 8 (the noticed hearing date), the matter was called more than thirty minutes after the noticed hearing time; no one appeared.

By **NOON ON JULY 10**, plaintiff shall show cause: (1) why plaintiff did not appear for the noticed case management conference and (2) why this action against Club One, *LLC* should be stayed in light of a voluntary petition filed by Club One, *Inc*. This is plaintiff's opportunity to fully brief any motion to stay this action, otherwise this action will be dismissed for failure to prosecute and counsel's failure to show up at a noticed case management conference. Plaintiff's submission should address the relationship, if any, between Club One, LLC and Club One, Inc. based on evidence revealed by reasonable diligence. If plaintiff intends to proceed with this action, plaintiff shall address how this action would proceed and all motions expected to be filed (with proposed deadlines).

**IT IS SO ORDERED.**

Dated:  July 8, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2